IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

EDWARD EGNELL,

      Appellant,

v.

Case No.  5D21-2370
LT Case No. 2020-CP-15490

ESTATE OF BEATE M. DIETZ,
CHRISTIAN DIETZ, STEFANIE D.
SIMPSON, AND ANGELIKA TEMPLE,

      Appellees.

_____/

Decision filed July 27, 2022

Appeal from the Circuit Court
for Brevard County,
Morgan Laur Reinman, Judge.

Elizabeth Siano Harris, of Harris
Appellate Law Office, Mims, for
Appellant.

Maureen Monaghan Matheson, of
Matheson Appellate Law, P.A.,
Satellite Beach, and Carmine D.
Gigliotti, of The Law Office of Carmine D.,
P.A., Melbourne, for Appellees.

PER CURIAM.

      AFFIRMED.

EVANDER, COHEN and EISNAUGLE, JJ., concur.